UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ROBERT MURPHY,

  Plaintiff,                                        CASE NO.:  9:17-CV-80624-DMM

-vs-

OCWEN LOAN SERVICING, LLC,

  Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

      Plaintiff, ROBERT MURPHY, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, ROBERT MURPHY, and Defendant, OCWEN LOAN SERVICING, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                               */s/ Shaughn C. Hill*
                                               SHAUGHN C. HILL, ESQUIRE
                                               Florida Bar No. 0105998
                                               MORGAN & MORGAN, TAMPA, P.A.
                                               One Tampa City Center
                                               201 N. Franklin Street, Suite 700
                                               Tampa, FL 33602
                                               Telephone:  (813) 223-5505
                                               Facsimile:  (813) 223-5402
                                               Primary Email: SHill@ForThePeople.com
                                               Secondary: LCrouch@ForThePeople.com
                                               *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5TH day of September, 2017, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties.

*/s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar#: 0338620
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin St., Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
Email:  shill@forthepeople.com
Secondary: lcrouch@forthepeople.com
*Attorney for Plaintiff*