UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ROBERT MURPHY,

  Plaintiff,                                  CASE NO.: 9:17-CV-80624-DMM

-vs-

OCWEN LOAN SERVICING, LLC,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, ROBERT MURPHY, and the Defendant, OCWEN LOAN SERVICING, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 14th day of November, 2017.

| | |
|---|---|
| */s/ Shaughn C. Hill* | *s/ Abigail M. Lyle* |
| SHAUGHN C. HILL, ESQUIRE | Abigail M. Lyle, Esq. |
| Florida Bar No. 105998 | Florida Bar No. 41384 |
| MORGAN & MORGAN, TAMPA, P.A. | HUNTON & WILLIAMS LLP |
| 201 N. Franklin Street, 7th Floor | 1111 Brickell Avenue, Suite 2500 |
| Tampa, FL 33602 | Miami, Florida 33131 |
| Telephone: (813) 223-5505 | Telephone: (305) 810-2500 |
| Facsimile: (813) 223-5402 | Facsimile: (305) 810-1610 |
| Email: SHill@ForThePeople.com | Email: alyle@hunton.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2017, I filed the foregoing Joint Stipulation of Dismissal, according to the Court's guidelines, using the CM/ECF system, and a copy of which was served to the following parties:

**Abigail M. Lyle, Esq.**
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Email: alyle@hunton.com
*Counsel for Defendant*

                                                */s/ Shaughn C. Hill*
                                                SHAUGHN C. HILL, ESQUIRE
                                                Florida Bar No. 105998